# CRIMINAL COMPLAINT
(Electronically Submitted)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Antonio Rea Valdez** DOB: 1987; United States<br>**Gary Alan Chapman** DOB: 1980; United States | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>21-00157MJ |
| Complaint for violation of Title 8 United States Code § 1324(a)(1)(A) (ii), 1324(a)(1)(A)(v)(I) and 1324(a)(1)(B)(i). ||

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

**COUNT 1 (Felony)** On or about March 27, 2021, in the District of Arizona, **Antonio Rea Valdez** and **Gary Alan Chapman**, named herein as defendants and conspirators, did knowingly and intentionally combine, conspire, confederate, and agree with each other and other persons, known and unknown, to transport certain illegal aliens, including Jesus Ramon Duran-Baez, and did so for the purpose of private financial gain; in violation of **Title 8, United States Code, Sections 1324(a)(1)(A) (ii), 1324(a)(1)(A)(v)(I), and 1324(a)(1)(B)(i).**

**COUNT 2 (Felony)** On or about March 27, 2021, in the District of Arizona, **Antonio Rea Valdez** and **Gary Alan Chapman**, knowing and in reckless disregard of the fact that certain illegal aliens, including Jesus Ramon Duran-Baez, had come to, entered and remained in the United States in violation of law, did transport and move said aliens within the United States by means of transportation and otherwise, in furtherance of such violation of law and did so for the purpose of private financial gain; in violation of **Title 8, United States Code, Sections 1324(a)(1)(A) (ii) and 1324(a)(1)(B)(i).**

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**
On or about March 27, 2021, in the District of Arizona (Sonoita), a United States Border Patrol Agent (BPA) traveling south on SR-83 saw a 2004 Nissan Armanda traveling northbound. The BPA saw the that driver appeared nervous and surprised to see law enforcement in the area. The driver was rigid in his seat, wide eyed and grasping the steering column with both hands. The front seat passenger appeared to be slumped down attempting to hide. No other passengers were observed. The BPA turned around and followed the Armada. Record checks revealed that the Armada was a rental vehicle. The BPA saw briefly what appeared to be the head of a person in the rear cargo compartment. The BPA then activated his emergency lights and siren to stop the Armada. The Armada eventually stopped near MM13.5. The BPA approached the Armada and saw people appearing to sit up in the back seat. There was four people in the back seat and one ducking down in the rear cargo compartment. All five admitted they were in the U.S. illegally, including Jesus Ramon Duran-Baez. The driver was identified as **Gary Alan Chapman** and the front passenger as **Antonio Rea Valdez**, both U.S. Citizens.

Material witness Jesus Ramon Duran-Baez said he had arranged to be smuggled into the United States for money and admitted crossing the U.S. illegally. The foot guide said they would walk for about one hour and be picked up by a vehicle. The foot guide instructed them to enter the vehicle and then ran back to Mexico.

In a post-*Miranda* statement, **Valdez** admitted being the coordinator for today's smuggling attempt and admitted to coordinating several human smuggling events within the Sonoita and Casa Grande areas of responsibility. **Valdez** said "Roy Tijo" recruit driver for smuggling activity and refers them to him, **Chapman** was introduced to him. **Valdez** and Roy Tijo have been in communication for several weeks and has that they attempted several failed smuggling events in the Sasabe, Arizona area. **Valdez** gave BPA consent to search and view his cell phone. Phone contents: **Valdez** was contacted via WhatsApp by "Rich." who informed **Valdez** he had undocumented smuggling work for him. Rich would be paid $1,500 USD per person picked up. **Valdez** contacted **Chapman** who agreed to pick up **Valdez** from his home in Tucson.

In a post-*Miranda* statement, **Chapman** said he and **Valdez** were around Parker Canyon Lake when people on ATVs approached them and told them that some people were looking for a ride and were willing to pay for their transportation. He claimed he did not know the people he picked up were undocumented noncitizens.

MATERIAL WITNESS IN RELATION TO THE CHARGE: Jesus Ramon Duran-Baez

| Detention Requested<br>Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.<br>AUTHORIZED BY: AUSA JAA/ri | SIGNATURE OF COMPLAINANT<br><br>OFFICIAL TITLE<br>Border Patrol Agent |
|---|---|
| Sworn by telephone  x<br>SIGNATURE OF MAGISTRATE JUDGE[1] | DATE<br>March 29, 2021 |

[1] See Federal rules of Criminal Procedure Rules 3, 4.1, and 54